UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AKORN, INC., TIMOTHY DICK, AND DAVID HEBEDA<br><br>Defendants. | C.A. No.: 18-2150 |

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENTS, BY CONSENT, AS TO DEFENDANTS AKORN, INC., TIMOTHY DICK, AND DAVID HEBEDA**

Plaintiff U.S. Securities and Exchange Commission (the "Commission") hereby moves, on an agreed basis, for entry of the attached Final Judgments as to Defendants Akorn, Inc., Timothy Dick, and David Hebeda (together "Defendants"). In support of this motion, the Commission states as follows:

1. The Commission and Defendants have each reached a proposed settlement, which would resolve all of the claims in this action.

2. Attached hereto as Exhibit A are the proposed Final Judgments for each of the Defendants.

3. Attached hereto as Exhibit B are the executed Consents for each of the Defendants, in which each of the Defendants have agreed to the terms of the proposed Final Judgments and consented to their immediate entry.

4. Entry of the proposed Final Judgments for each of the Defendants will further the interests of justice and judicial economy.

1

**WHEREFORE,** for the foregoing reasons, the Commission respectfully requests that the Court grant this motion and enter the proposed Final Judgments.

Dated: March 26, 2018

Respectfully Submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
s/ Michael J. Mueller
Michael J. Mueller (IL #6297254)
Attorney for Plaintiff
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
T. (312) 353-7390
F. (312) 353-7398
MuellerM@sec.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Plaintiff's Motion For Entry Of Final Judgments, By Consent, As To Defendants Akorn, Inc., Timothy Dick, And David Hebeda* has been served upon the following individuals by email delivery on March 26, 2018:

David Stuart, Esq. (DStuart@cravath.com)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Counsel for Akorn, Inc.

Junaid Zubairi, Esq. (jzubairi@vedderprice.com)
VedderPrice
222 North LaSalle Street
Chicago, IL 60601

Counsel for Timothy Dick

Andrew Boutros, Esq. (ABoutros@seyfarth.com)
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606

Counsel for David Hebeda

/s/ Michael J. Mueller
Michael J. Mueller
Attorney for Plaintiff